No. 737. WIGTON v. COE, COMMISSIONER OF PATENTS. March 5, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Henry H. Snelling* for petitioner. *Solicitor General Biggs* and *Messrs. W. Marvin Smith* and *T. A. Hostetler* for respondent.

No. 738. BIG LAKE OIL CO. v. HEINER, COLLECTOR OF INTERNAL REVENUE. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Homer L. Bruce* for petitioner. *Solicitor General Biggs, Assistant Attorney General Wideman,* and *Messrs. Sewall Key* and *Norman D. Keller* for respondent.

No. 739. BOONE v. PHELPS. March 5, 1934. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Huston Thompson, Herbert S. Ward,* and *Ralph E. Day* for petitioner. No appearance for respondent.

No. 746. PREVIN v. TENACRE, INC. ET AL. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic M. P. Pearse* for petitioner. *Mr. Conover English* for respondents.

No. 747. SIEFKE v. WICK ET AL. March 5, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Emanuel Harris* for petitioner. *Messrs. Frederick H. Wood* and *Earl F. Reed* for respondents.